IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Charles N. Keener, ) | |
|     Plaintiff, ss# xxx-xx-5945 ) | |
| ) | |
| v. ) | Civil Case #   1:11-cv-00106 |
| ) | |
| Michael J. Astrue, Commissioner, Social ) | |
| Security Administration, ) | |
|     Defendant. ) | |

**Motion to Continue Deadline for Filing Motion for
Judgment on the Administrative Record**

Plaintiff, Charles Keener, respectfully asks this honorable Court for a continuance until Friday, April 27, 2012 of his deadline to file a dispositive motion and memorandum.

Plaintiff has consulted with Defendant regarding his motion. Defendant does not oppose a continuance.

Dated:  March 26, 2011

Respectfully submitted,

s/Peter T. Skeie
Peter T. Skeie (021006)
P.O. Box 198288
211 Third Avenue North
Nashville, TN  37219
615-313-9111