IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES KEENER ) | |
| ) | |
| v. ) | No. 1:11-0106 |
| ) | Judge Nixon/Bryant |
| SOCIAL SECURITY ADMINISTRATION ) | |

## O R D E R

The undersigned has entered, contemporaneously with this order, a Report and Recommendation on the merits of this Social Security case. In light of the entry of that Report and Recommendation, plaintiff's pending motion to ascertain status in this case (Docket Entry No. 31) is **GRANTED**.

The District Judge's order adopting or rejecting the undersigned's recommendation to affirm the administrative decision, and the entry of judgment in accord, will end the merits phase of this litigation. See 42 U.S.C. § 405(g). Accordingly, there appear to be no further proceedings to be conducted before the Magistrate Judge. This case is therefore certified ready for disposition by the District Judge, upon consideration of the Report and Recommendation and any timely objections thereto.

So **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE