IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **CHARLES N. KEENER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 1:11-cv-00106 |
| v. ) | |
| ) | Judge Nixon |
| **CAROLYN W. COLVIN,** ) | Magistrate Judge Bryant |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is Plaintiff Charles N. Keener's Motion, Pursuant to 29 U.S.C. § 405(g), for an Award of Benefits or, in the Alternative, for Remand ("Motion") (Doc. No. 17), filed with a Memorandum in Support (Doc. No. 18). Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 25), to which Plaintiff filed a Reply (Doc. No. 28). Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report"), recommending that the Motion be denied. (Doc. No. 32 at 12.) The Report was filed on April 21, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion (Doc. No. 17) and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the __13__ day of May, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT